RECEIVED & FILED

'06 JUN 27 P2 :31

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: )
Marc Zellars ) BK-S 01-15408 BAM
Deborah Zellars ) Chapter ____
)
) Hearing Date: N/A
         Debtor         ) Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED DIVIDENDS

The request for payment of unclaimed dividends that was submitted by Dilks & Knopik on behalf of Calvary Investments has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

```
___  $26.00 File search fee.
___  Motion to Payment of Unclaimed Dividends.
___  Limited power of attorney or assignment.
___  Affidavit for reimbursement.
___  Affidavit of service to the U.S. Attorney
___  Fee agreement required by local rule 3011(a)(1)(B)
 X   Supporting documentation required (see comments)
___  Fees have been paid out previously on schedule #_____
___  Other _____
```

Comments: Need copy of photo ID of Donald Strauch

Unless otherwise noted, the original documentation has been filed and docketed. YOUR PAPERWORK WILL BE HELD FOR 30 DAYS; AFTER 30 DAYS YOU WILL HAVE TO RESUBMIT THE ENTIRE PACKAGE FOR US TO RECONSIDER YOUR APPLICATION.

If you have any questions, contact Kathy Moore at (702)388-6709 extension 1128, or internet email: kathy_moore@nvb.uscourts.gov.

Date: 6/27/06

Kathy A. Moore
Kathy A Moore
Financial Specialist

******************************************************************************

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 6/27/06 by kam.